UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBY N. POPE, V71862,<br><br>   Plaintiff,<br><br>   v.<br><br>M. THOMAS, et al.,<br><br>   Defendant(s). | Case No. 23-cv-00328-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On April 3, 2024, the court granted defendants' motion to dismiss the operative complaint in this prisoner action under 42 U.S.C. § 1983 with partial "leave to amend to set forth specific facts in support of viable Eighth Amendment failure-to-protect claims" against five of the named defendants – Bangar, Soto, Thomas, Ramirez-Ruiz and Quiroz – "if possible."  ECF No. 20 at 9. The court made clear that failure to file a proper amended complaint within 28 days "will result in the dismissal of this action." Id. at 10.

More than 50 days have passed since the court's April 3, 2024 order and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: May 29, 2024

_____
CHARLES R. BREYER
United States District Judge